# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| **JOSEPH T. WILLIAMS-BEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO. 3:05-CV-335 AS |
| v. | ) |
| | ) |
| **INDIANA STATE PRISON HEALTH CARE PROVIDERS,** | ) |
| | ) |
| Defendants. | ) |

### *OPINION AND ORDER*

Joseph T. Williams-Bey, a *pro se* prisoner, filed a document which was inadvertently used to open this case. After reviewing these cases, it is clear that this document should have been filed in *Williams-Bey v. Indiana State Prison Health Care Provider Employees*, No. 3:05-CV-312 (N.D. Ind. filed May 16, 2005).

For the foregoing reasons, the court:

(1) **DISMISSES** this case;

(2) **WAIVES** the filing fee; and

(3) **DIRECTS** the clerk to transfer a copy of docket # 1 into 3:05-CV-312.

**IT IS SO ORDERED.**

**ENTERED: June 8, 2005**

                                              s/ ALLEN SHARP
                                    **ALLEN SHARP, JUDGE**
                                    **UNITED STATES DISTRICT COURT**